FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 24 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KEITH CREWS,

           Plaintiff,

    -against-

NASSAU COUNTY CORRECTIONAL
FACILITY, MICHEAL [SIC] SPAZOTTA [SIC],
Presiding Sheriff of the Nassau County Correctional
Center,
           Defendants.
----------------------------------------------------------X

ORDER
14-CV-1871 (SJF)(WDW)

FEUERSTEIN, District Judge:

Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, *Reid, et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation to the *pro se* plaintiff at his last known address.

SO ORDERED.

                                              s/ Sandra J. Feuerstein

                                              Sandra J. Feuerstein
                                              United States District Judge

Dated: April 22, 2014
       Central Islip, New York